UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-81601-RAR

**KRISTIAN KARL CRUZ**,

    Plaintiff,

v.

**MANAGEMENT HEALTH SYSTEMS, LLC**, *et al.*,

    Defendants.
_____/

## ORDER TO PERFECT SERVICE

**THIS CAUSE** comes before the Court upon a *sua sponte* examination of the record. Plaintiff filed his Complaint [ECF No. 1] on November 26, 2019, and to date, there is no indication in the court file that Defendants have been served with the summons and Complaint. Rule 4(m) of the Federal Rules of Civil Procedure requires service of the summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **February 26, 2020**, Plaintiff shall perfect service upon the Defendants or show good cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by **February 26, 2020** will result in a **dismissal without prejudice** and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of January, 2020.

                                                  **RODOLFO RUIZ**
                                                  **UNITED STATES DISTRICT JUDGE**