**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CIV-81601-RAR**

**KRISTIAN KARL CRUZ**,

    Plaintiff,

vs.

**MANAGEMENT HEALTH SYSTEMS, LLC,**

    Defendant.

_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

**THIS CAUSE** came before the Court upon a *sua sponte* examination of the record. On January 23, 2020, the Court issued an Order requiring Plaintiff to perfect service upon Defendants Management Health Systems, LLC and Patty Jeffrey by February 26, 2020 and furnish the Court with proof of service. [ECF No. 7] ("Order"). The Order cautioned Plaintiff that failure to file proof of service or show good cause by February 26, 2020 would result in a dismissal without prejudice and without further notice. Plaintiff has not complied with the Order, has not sought an extension of time within which to do so, and has not advised that a dismissal will result in a statute of limitations bar to re-filing. Accordingly, it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is instructed to **CLOSE** the case, and any pending motions are **DENIED as moot.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 27th day of February, 2020.

                                                                                               **RODOLFO RUIZ**
                                                                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record